In the Matter of THOMAS P. ARCHBOLD, Individually and as President of Fire Lieutenant Eligibles Association of Greater New York, et al., Appellants, against JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents; and THOMAS F. LEE, Intervener, Respondent.

Argued September 27, 1937; decided November 16, 1937.

472

*Albert De Roode* for appellants.

*Reginald Field* for intervener, respondent.

*Paul Windels, Corporation Counsel (Arthur Bainbridge Hoff, Paxton Blair* and *Thomas W. A. Crowe* of counsel), for defendants, respondents.

*Francis L. Field* and *Roy P. Monahan* for Disabled American Veterans of the World War, Department of New York, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.